## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEONE,

    Plaintiff,

    v.

TOWANDA BOROUGH, et al.,

    Defendants.

CIVIL ACTION NO. 3:12-0429

(JUDGE CAPUTO)

## ORDER

**NOW**, this 4th day of April, 2012, **IT IS HEREBY ORDERED** that Plaintiff Robert Leone's *Ex Parte* Motion for Leave to Conduct Expedited Discovery (Doc. 2) is **DENIED**.

    /s/ A. Richard Caputo
    A. Richard Caputo
    United States District Judge