**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ROBERT LEONE,

      Plaintiff,

          v.

TOWANDA BOROUGH, et al.,

      Defendants.

CIVIL ACTION NO. 3:12-0429

(JUDGE CAPUTO)

<u>**ORDER**</u>

**NOW**, this 3rd day of July, 2012, **IT IS HEREBY ORDERED** that Commonwealth Defendants' Motion to Dismiss (Doc. 15) is **DENIED**. Commonwealth Defendants shall file an Answer to Plaintiff's Complaint **within twenty-one (21) days** from the date of entry of this Order.

                             /s/ A. Richard Caputo
                             A. Richard Caputo
                             United States District Judge