## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT LEONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:12-cv-00429-ARC |
| v. | ) | |
| | ) | |
| TOWANDA BOROUGH, | ) | |
| COMMANDING OFFICER OF | ) | JUDGE A. RICHARD CAPUTO |
| TOWANDA STATION-PENNSYLVANIA | ) | |
| STATE POLICE TROOP P, CORPORAL | ) | **JURY TRIAL DEMANDED** |
| ROGER STIPCAK, TROOPER SCOTT | ) | |
| RENFER, TROOPER ANDREW BURIAN, | ) | |
| TROOPER MATTHEW KNOCK, | ) | **ELECTRONICALLY FILED** |
| TROOPER THAD WARNICK, TROOPER | ) | |
| TIMOTHY YOUNG, TROOPER JOHN | ) | |
| DOE, TROOPER JANE DOE, | ) | |
| CORPORAL THOMAS G. JORDAN, | ) | |
| PATROLMAN JOHN WERNER, and | ) | |
| PATROLMAN DAVID LANTZ, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## JOINT MOTION TO AMEND CAPTION

The parties, by and through their undersigned counsel, hereby jointly move the Court for an order amending the caption to replace "Commanding Officer of Towanda Station-Pennsylvania State Police Troop P," with Lieutenant Charles G. Sands, who has already waived service of the Complaint filed in this action.  See Doc. No. 12.

Respectfully submitted,


__/s/ Trent A. Echard_____          ___/s/  M. Abbegael Giunta / by TAE_____
STRASSBURGER McKENNA                             OFFICE OF ATTORNEY GENERAL
GUTNICK & GEFSKY
                                                 M. Abbegael Giunta
Joseph R. Lawrence, Esq.                         Deputy Attorney General
Trent A. Echard, Esq.                            mgiunta@attorneygeneral.gov
Four Gateway Center
Suite 2200                                       15th Floor, Strawberry Square
444 Liberty Avenue                               Harrisburg, PA 17120
Pittsburgh, PA 15222                             (717) 787- 1179 (telephone)
(412) 281-5423 (telephone)                       (717)772-4526 (fax)
(412) 281 (8264 (fax)                            *Counsel for Defendants Stipcak, Renfer,*
*Counsel for Plaintiff*                          *Burian, Knock, Warnick, Young, and*
                                                 *Jordan*


__/s/ Thomas Geroulo /by TAE_____
WEBER GALLAGHER SIMPSON
STAPLETON FIRES & NEWBY LLP

Thomas Geroulo, Esquire
tgeroulo@wglaw.com

Wendi Barish, Esquire
wbarish@wglaw.com

201 Penn Avenue
Suite 400
Scranton, PA 18503
(570) 961-2633 (telephone)
(570) 961-2074 (fax)
*Counsel for Defendants Towanda Borough,*
*Warner, and Lantz*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Joint Motion to Amend Caption** was served this 31 day of July, 2013, upon the following via the Court's CM/ECF facilities:

M. Abbegael Giunta, Esq.
Deputy Attorney General
Office of Attorney General
15th Floor, Strawberry Square
Harrisburg, PA 17120
*Counsel for Defendants Stipcak, Renfer,*
*Burian, Knock, Warnick, Young, Jordan*

Thomas Geroulo, Esquire
Wendi Barish, Esquire
Weber, Gallagher, Simpson,
Stapleton, Fires & Newby, LLP
201 Penn Avenue, Suite 400
Scranton, PA 18503
*Counsel for Defendants Towanda Borough,*
*Werner and Lantz*

By: ____/s/ Trent A. Echard_____

4