IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT LEONE,

    Plaintiff,

    v.

CORPORAL ROGER STIPCAK,
TROOPER SCOTT RENFER, TROOPER
ANDREW BURIAN, TROOPER
MATTHEW KNOCK, and TROOPER
THAD WARNICK,

    Defendants.

CIVIL ACTION NO. 3:CV:12-429

(JUDGE CAPUTO)

## JURY VERDICT QUESTIONNAIRE

Please read this form carefully and complete it once you have decided on your verdict. Before any answer can be made to any of the questions listed below, all members of the jury must agree as to the answer.

1) Do you find that any of the Defendants listed below violated Mr. Leone's Fourth Amendment right to be free from the use of excessive force?

| Defendant | Yes | No |
|---|---|---|
| Roger Stipcak: | | X |
| Scott Renfer: | | X |
| Andrew Burian: | | X |
| Matthew Knock: | | X |
| Thad Warnick: | | X |

*If you answered yes to <u>any</u> Defendant in question 1, please proceed to question 2.*

*If you answered no to <u>every</u> Defendant in question 1, stop here, answer no further questions, and have the foreperson sign and date the end of this form.*

2) Do you find any of the Defendants listed below liable for failing to intervene to stop the violation of Mr. Leone's Fourth Amendment rights?

    Roger Stipcak:    Yes _____    No _____

    Scott Renfer:    Yes _____    No _____

    Andrew Burian:    Yes _____    No _____

    Matthew Knock:    Yes _____    No _____

    Thad Warnick:    Yes _____    No _____

*Please proceed to question 3.*

3) Do you find that Mr. Leone suffered actual injury as a result of the violation of his constitutional rights?

    Yes _____    No _____

*If you answered yes to question 3, please proceed to question 4.*

*If you answered no to question 3, please proceed to question 5.*

4) Please state the amount of damages that will fairly compensate Mr. Leone for the injuries he actually sustained as a result of Defendants' conduct.

    Compensatory Damages:  $ _____

*Please proceed to question 6.*

5) Because you determined that Mr. Leone has not suffered an actual injury as a result of the violation of his rights, he is entitled to $1.00 in nominal damages. Write $1.00 in the space below.

    Nominal Damages:    $ _____

*Please proceed to question 6.*

6) As to any Defendant that you answered yes to in question 1 or question 2, did that Defendant act maliciously or wantonly in violating Mr. Leone's rights?

| | | |
|---|---|---|
| Roger Stipcak: | Yes _____ | No _____ |
| Scott Renfer: | Yes _____ | No _____ |
| Andrew Burian: | Yes _____ | No _____ |
| Matthew Knock: | Yes _____ | No _____ |
| Thad Warnick: | Yes _____ | No _____ |

*If you answered yes to any Defendant in question 6, please proceed to question 7.*

*If you did not answer yes to any Defendant in question 6, stop here, answer no further questions, and have the foreperson sign and date the end of this form.*

7) For any Defendant you answered yes to in question 6, what amount of punitive damages, if any, is Mr. Leone entitled to recover from that Defendant?

Punitive Damages

| | |
|---|---|
| Roger Stipcak: | $ _____ |
| Scott Renfer: | $ _____ |
| Andrew Burian: | $ _____ |
| Matthew Knock: | $ _____ |
| Thad Warnick: | $ _____ |

*Have the presiding juror sign and date this form.*

Signature: *Timothy D. Stahl*

Print: TIMOTHY D. STAHL

Date: May 18, 2015